## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| Verizon North, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No.: 1:10-CV-00585-SEB-DML |
| ) | |
| ) | |
| Mt. Carmel Stabilization ) | |
| Services, Inc., ) | |
| ) | |
| Defendant. ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), (Voluntary Dismissal), The undersigned Parties in this case, Verizon North, Inc. Plaintiff, and Mt. Carmel Stabilization Services, Inc, Defendant, by Counsel hereby submit the following joint Motion to Dismiss with Prejudice, with each party to bear its own costs.

Date: 7/23/10                                   Date: 7/23/2010

/s/ John Jewell                                 /s/ Keith Butler
Counsel for Plaintiff                           Counsel for Defendant
John Jewell, #4901-82                           Bruce P. Clark, #3751-45
P. O. Box 1107                                  Keith A. Butler, #27766-29
706 Court St.                                   Bruce P. Clark & Associates
Evansville, IN 47706                            7880 Wicker Ave., Suite 300
812-421-2979                                    St. John, Indiana 46373
                                                219-365-6300